Motion Granted; Appeal Dismissed and Memorandum
Opinion filed December 16, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01019-CV

____________

 

CITY OF HOUSTON, Appellant

 

V.

 

JAMES AND ELIZABETH CARLSON, ET. AL., Appellees

 



 

On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2008-57899

 



 

MEMORANDUM 
OPINION

This is
an appeal from a judgment signed September 17, 2010.  On December 10, 2010, appellant
filed a motion to dismiss the appeal because the trial court granted a new
trial.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Seymore, Boyce, and
Christopher.